## TALLEY v. STATE.
### No. 25032.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted for unlawfully operating a motor vehicle upon a public street while under the influence of intoxicating liquor. The penalty assessed is a fine of $200.

The record is before this court without a statement of facts or bills of exception. All matters of procedure appear regular, and no question has been presented for review.

The judgment is affirmed.